1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7   RICHARD LEE CANTERBURY,                )
                                           )
8            Plaintiff,                     )
                                           )
9        v.                                 )        2:17-cv-00211-MMD-NJK
                                           )
10  CLARK COUNTY DETENTION CENTER et )              **ORDER**
    al.,                                    )
11                                          )
             Defendants.                    )
12                                          )
    _____
13

14  **I.    DISCUSSION**

15          Plaintiff, who is a prisoner in the custody of the Nevada Southern Detention Center

16  ("NSDC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983.  (ECF No. 1-1).

17  Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in

18  forma pauperis*.

19          Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an

20  application to proceed *in forma pauperis* on this Court's approved form and attach both an

21  inmate account statement for the past six months and a properly executed financial

22  certificate.[1]  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file

23  it until the matter of the payment of the filing fee is resolved.  Plaintiff will be granted an

24  opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full

25  filing fee for this action.  If Plaintiff chooses to file an application to proceed *in forma pauperis*

26  he must file a fully complete application to proceed *in forma pauperis*.

27

28          [1] The Court acknowledges that Plaintiff has filed an affidavit accompanying motion for
    permission to appeal in *forma pauperis* from another jurisdiction and an inmate account
    summary.  (ECF No. 1-3). However, Plaintiff needs to submit an application to proceed *in
    forma pauperis* on this Court's approved form.

## II.      CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, no later than **March 1, 2017**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: This 30th day of January, 2017.

NANCY J. KOPPE
United States Magistrate Judge